**\*\*NOT FOR PRINTED PUBLICATION\*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| PARKER PERRET, § | | |
| § | | |
| *Plaintiff*, § | | |
| § | Civil Action No. 4:10-cv-522 | |
| v. § | | |
| § | JUDGE CLARK | |
| NATIONWIDE MUTUAL INS. CO., § | | |
| § | | |
| *Defendant*. § | | |

| | | |
|---|---|---|
| MELVIN PIERRE, SR., § | | |
| § | | |
| *Plaintiff*, § | | |
| § | Civil Action No. 4:10-cv-523 | |
| v. § | | |
| § | JUDGE CLARK | |
| NATIONWIDE MUTUAL INS. CO., § | | |
| § | | |
| *Defendant*. § | | |

## FINAL JUDGMENT

Pursuant to Rule 58 of the Federal Rules of Civil Procedure and in accordance with the jury verdict delivered on November 2, 2012 and the court's Order denying Defendants' motions for judgment as a matter of law and denying Plaintiffs' motions for attorney's fees, it is hereby ORDERED that Plaintiffs Parker Perret and Melvin Pierre Sr. shall take nothing of and from Defendant Nationwide Mutual Insurance Company.  Costs are taxed against Defendant.  All relief not specifically granted herein is DENIED.  This is a Final Judgment and is appealable.

So **ORDERED** and **SIGNED** on May __22__, 2013.

_____
Ron Clark, United States District Judge